From: Mr. Miguel Cruz. Romero
Inmate: 1927503
Beto Unit
1391 Fm 3328 Tennessee Colony. Tx 75800

To: Sr. Abel Acosta, Clerk          28 de Junio del 2015
Court of Criminal appeals
of Texas, PO Box 12308,
Austin Tx 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 01 2015
Abel Acosta, Clerk

(1-) Reciboi la notificacion de extencion de tiempo en mi caso el dia 15 de Junio del 2015 y por medio de esta carta me permito darle mis mas sinceras agradecimientas porsu comprension.

Como usted bien sabe me encuentro encarcelado (recluido) en la Unidad de Beto 1 localizada en: 1391 FM 3328 Tennessee Colony Tx 75800

2.- Por medio de esta carta tambien me atrebo a pedirle su alluda, porla razon que yo soy nacido en mexico y no entiendo el idioma ingles, mi lengsaye primario es el español, el abogado que fue asignado en mi caso por la corte de apelaciones de Tx el sr. Austin Reeve Jackson, me informo que tengo que hacer un (PDR) que asta el dia de hoy nose que es yo le he pedido que si porfavor puede explicarme como hacer ese documentacion oh si puede alludarme y el me informo que lo tengo que hacer yo que fuera a la

libreria de leyes y trabajara en mi casa y se a despedido.

RECEIVED

Bueno yo e tratado de consultar la libreria y no he podido hacer nada debido a:

1.- Ahorita estamos restringidos por un periodo de 30 dias sin poder salir de la celda debido a un ejercicio que lleban acabo en la unidad,

2.- No cuento con los documentos que nece--sito y no entiendo ingles,

Me atrevo a pedirle que me tenga consi--deracion, no tengo recursos para pagar un abogado y tampoco se como hacer estas documentos oh peticion, mi familia a tratado de alludarme pero tampoco cuentan con los medios; No quiero perder mi oportunidad de apelacion,

1.- ¿Puede la corte asignarme un abogado en mi situacion? y un poco de tiempo para llevar acabo mis asuntos portavor necesito alluda nose como llevar acabo este proceso y mi falta de entendimiento en el idioma no me alluda. Sinceramente: Miguel Cruz